# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE A. RASHEED,<br><br>    Plaintiff,<br><br>v.<br><br>MAYOR OF SAN FRANCISCO, et al.,<br><br>    Defendants. | 1:11cv01921 LJO DLB<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $350.00 FILING FEE IN FULL<br><br>ORDER FOR CLERK TO CLOSE CASE |

      Plaintiff Tahee A. Rasheed, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 15, 2011.[1]  Plaintiff has not paid the $350 filing fee for this action or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

      Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless he is, at the time the

---

[1] Plaintiff has filed numerous civil actions in this Court using the names James E. Smith, Tahee Abdul Rasheed and Tahee Adb' Rasheed.

1

complaint is filed, under imminent danger of serious physical injury.[2]

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[3]  Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff alleges no facts supporting a finding that he is under imminent danger of serious physical injury, Plaintiff is ineligible to proceed in forma pauperis in this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is ineligible to proceed in forma pauperis in this action;

2. This action is DISMISSED, without prejudice to refiling with the submission of the $350.00 filing fee in full; and

3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **November 22, 2011**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

---

[2] The Court takes judicial notice of 1:07-cv-00509-LJO-SMS Smith v. John/Jane Does, et al. (E.D. Cal.) (dismissed for frivolousness, maliciousness, and failure to state a claim on 05/04/2007), 1:06-cv-00310-AWI-LJO Smith v. Scribner, et al. (E.D. Cal.) (dismissed for failure to state a claim on 05/09/2007), 1:07-cv-00531-AWI-SMS Smith v. Social Security Administrative Office, Employees (E.D. Cal.) (dismissed for failure to state a claim on 05/09/2007), and 1:06-cv-01434-LJO-LJO Smith v. Board of Prison Term Personnel, et al. (E.D. Cal.) (dismissed for failure to state a claim on 08/16/2007).

[3] Plaintiff alleges that Defendants conspired to fraudulently conduct his criminal trial and falsely imprison him.  The complaint is devoid of any showing that Plaintiff is under imminent danger of serious physical injury.